

**cmecf_ALND@alnd.uscourts. gov**

06/24/2008 02:51 PM

To   InterdistrictTransfer_ALSD@alsd.uscourts.gov

cc

bcc

Subject   Transferred case has been opened

```
CASE: 1:08-cv-00050

DETAILS: Case transferred from Alabama Southern
has been opened in Northern District of Alabama
as case 5:08-cv-01129, filed 06/24/2008.
```